ADOLPH NOVER, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Appeal withdrawn, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOVERD B. CHEATHAM, Respondent, v. GARFIELD L. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements; the bill of particulars to be served within ten days after completion of examination of defendant before trial, on condition that defendant submit to such examination upon a date to be fixed in the order; otherwise, the motion for a bill of particulars is denied. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARRY R. TRAINER and Others, Respondents, v. HIRAM E. MANVILLE and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NATHAN RAUCH, Respondent, v. SAMUEL WANDER, Doing Business, etc., and WANDER IRON WORKS, INC., Appellants.— Order modified by providing that the books and papers to be produced may be used solely for the purpose of refreshing the recollection of the parties, and such parts only to be put in evidence; and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HERBERT F. BRAITHWAITE, Respondent, v. AMERICAN ELEVATOR AND MACHINE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MAURICE ROBERTS, Respondent, v. JOHN W. HANLY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MEYER NOCHOMSON, Respondent, v. VICTOR BATKIN and Another, Defendants. JOHN B. DOYLE, Referee, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

IDA H. FINK, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

C. LUDWIG BAUMANN, Appellant, v. BERENICE L. BAUMANN and Others, Respondents, and DEWITT STETTEN and Another, as Trustees, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

DAVID STEINER and Others, Respondents, v. ROYAL INSURANCE COMPANY, LTD., OF LIVERPOOL and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.